UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01923 ADS                                              Date:  September 24, 2020

Title:  *Lizeth Vazquez v. Andrew M. Saul, Commissioner of the Social Security Admin.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
         None Present                                                      None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE & OBEY COURT ORDER**

On October 8, 2019, Plaintiff filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security.

On October 15, 2019, a Case Management Order was issued.  [Docket ("Dkt.") No. 9].  On February 27, 2020, Defendant filed an Answer and served Plaintiff with a copy of the Certified Administrative Record ("CAR").  [Dkt. Nos. 13, 14].  Pursuant to the Case Management Order, Plaintiff's portion of the Joint Submission was due to Defendant by April 2, 2020 (within 35 days from filing of the Answer).  Plaintiff filed two Stipulations for an Extension of Time to File Joint Stipulation, both of which were granted.  [Dkt. Nos. 18, 22].  Pursuant to the Second Order Extending Briefing Schedule, Plaintiff was given until July 15, 2020 to prepare and forward Plaintiff's portion of the Joint Submission to Defendant.  [Dkt. No. 22].  On September 10, 2020, Defendant filed a Notice of Non-Receipt advising the Court that it had not yet received Plaintiff's portion of the Joint Submission, which was due to be filed on September 9, 2020.  [Dkt. No. 23].  Defendant also advised the Court that counsel had emailed Plaintiff's counsel of the deficiency on August 31, 2020 and received no response.  Id.

Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **October 8,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01923 ADS                                             Date:  September 24, 2020

Title:  *Lizeth Vazquez v. Andrew M. Saul, Commissioner of the Social Security Admin.*

**2020**.  To meet this order, Plaintiff may submit her portion of the Joint Submission to Defendant and advise the Court in writing of this submission, or Plaintiff may file a statement with the Court explaining why she has failed to timely submit her portion of the Joint Submission in accordance with the Case Management Order and specify a date by which one will be submitted to Defendant.  If Plaintiff has decided to no longer pursue this case, she may file a request for dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a) or a stipulation to do so signed by all parties.

**Failure to timely file the responses to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh