UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01923 ADS                                    Date:  October 23, 2020

Title:  *Lizeth Vazquez v. Andrew M. Saul, Commissioner of the Social Security Admin.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present                          None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On October 9, 2020, Plaintiff was ordered to file and serve Defendant with her portion of the joint submission by October 19, 2020.  [Docket No. 26].  To date, Plaintiff has failed to file her portion of the joint submission with the Court.

Accordingly, Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **November 6, 2020**.  If Defendant has been served with Plaintiff's portion of the joint submission, the Court would appreciate Defendant advising the Court.

**Failure to timely file the responses to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh